# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| RASUL MUHAMMAD, | ) |
| Plaintiff, | ) |
| v. | ) No. **19-cv-7242** |
| | ) Judge Thomas M. Durkin |
| MIDTOWN ATHLETIC CLUBS, LLC, | ) Magistrate Judge Sunil R. Harjani |
| Defendant. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Rasul Muhammad and Defendant MIDTOWN ATHLETIC CLUBS, LLC, by and through their respective undersigned counsel, jointly stipulate to the dismissal with prejudice of the instant action.

STIPULATED AND AGREED:

s/ *R. Joseph Kramer*
R. Joseph Kramer
KRAMER INJURY LAW LLC
225 W. Washington Street, Ste. 2200
Chicago, IL 60606
Phone: (312) 775-1012
joe@rjklawyer.com

*Attorney for Plaintiff Muhammad*

s/ *Hillary W. Coustan*
Hillary W. Coustan
Massey & Gail LLP
50 East Washington Street, Suite 400
Chicago, IL 60602
Phone: (312) 283-1590
HCoustan@masseygail.com

*Attorney for MIDTOWN ATHLETIC CLUBS, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was served upon all counsel of record entitled to service via the Court's CM/ECF Filing System on June 8, 2020.

/s/ R. Joseph Kramer
R. Joseph Kramer